IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MEAGAN CARR                                                                                         PLAINTIFF

VS.                      CASE NO.    3:20-CV-00360-JM

PECO FOODS INC                                                                                     DEFENDANT

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 6th day of November, 2020.

                                       AT THE DIRECTION OF THE COURT
                                       JAMES W. McCORMACK, CLERK


                                       By:   J. Kornegay
                                               Deputy Clerk