IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MEAGAN CARR**                                                                                              **PLAINTIFF**

V.                              **3:20CV00360 JM**

**PECO FOOD, INC.**                                                                                     **DEFENDANT**

## ORDER

    Plaintiff has filed a Motion to Dismiss Without Prejudice all claims against the Defendant. The Court finds that Plaintiff's motion (ECF No. 14) should be, and hereby is, GRANTED. The Court notes that Plaintiff's right to re-file these claims against the Defendant is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate if Plaintiff re-files.

    The Motion to Dismiss (ECF No 14) is GRANTED. The Clerk is directed to close the case.

    IT IS SO ORDERED this 14th day of December, 2021.

_____
James M. Moody Jr.
United States District Judge